**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **DAWSON PRESTON ADAMS**, <br><br> Defendant. | Case No. 7:13-CR-47 (HL) |

**ORDER**

Before the Court is Defendant Dawson Adams' Motion to Suppress Statements (Doc. 19). Before ruling on Defendant's motion, the Court orders the Government to file a responsive brief addressing Defendant's motions no later than January 6, 2014. Oral arguments on these motions will be heard at a hearing scheduled for January 13, 2014, in Valdosta, Georgia. The hearing on this motion will take place following criminal sentencing and pre-trial conferences. In the event that the hearing has to be pushed back to January 14, the Court will alert the parties.

**SO ORDERED**, this the 19th day of December, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr