# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **DAWSON PRESTON ADAMS**, <br><br> Defendant. | Case No. 7:13-CR-47 (HL) |

## ORDER

Before the Court is Defendant Dawson Adams' Motion to Suppress Statements (Doc. 19). At the pre-trial conference held on January 13, 2014, defense counsel orally withdrew the motion. Therefore, the motion to suppress is moot. Defendant has been referred to pre-trial diversion.

**SO ORDERED**, this the 22nd day of January, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr